**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01726-REB-KMT

ALICIA JONES-ZOUNGRANA,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

## MINUTE ORDER

    The matter comes before the court on the **Unopposed Motion To Amend Defendant Regional Transportation District's Motion To Dismiss** [#10] filed September 30, 2010. The motion is **GRANTED** and **Defendant Regional Transportation District's Amended Motion To Dismiss Under Fed.R.Civ.P. 12(b)(6) For Failure To State a Claim, and Brief in Support** [#11] is accepted for filing.

    Dated: September 30, 2010