IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01726-WJM-KMT

ALICIA JONES-ZOUNGRANA,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

_____

**ORDER DISMISSING ACTION WITH PREJUDICE**
_____

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 33).

The Court GRANTS the Stipulated Motion to Dismiss.  It is ORDERED that all claims in the above-captioned case are hereby DISMISSED, WITH PREJUDICE.  Each party shall bear her or its own costs and attorney's fees.

Dated this 24th day of March, 2011.

                                                    BY THE COURT:

                                                    _____
                                                    United States District Judge